**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY**

*Minutes of Proceeding/Minute Order*

Date: **June 11, 2008**                                                                 Honorable A. Bruce Campbell, Presiding

In re: **BAAB Steel, Inc.**                                                              Case No. 08-12067 ABC
                                                                                          Chapter 7 (Involuntary
                                                                                          Petition)
                                                                        Alleged Debtor

| | Appearances | | | |
|---|---|---|---|---|
| Alleged Debtor | Jeffrey Simon | | Counsel | Peter J. Lucas |
| Creditor | Arnold Simon | | Counsel | Jeffrey S. Brinen |
| Creditor | Glenn Simon | | Counsel | Samuel J. Stoorman |
| Creditor | Joining Pet. Creditors Den-Col Supply Co., Al's Carefree Trucking, Inc. | | Counsel | David V. Wadsworth |
| Creditor | Petitioning Creditors | | Counsel | K. Lane Cutler, Megan Adeyemo |

Proceedings: **Evidentiary Hearing on Contested Involuntary Petition filed by Dana Franzen, Alice Garnhardt, Pacific Coast Steel, and R&S Steel**

[x] Witnesses sworn          [x] See attached list          [x] Exhibits entered          [x] See attached list

[]

Orders:

[ ]   Relief sought in complaint/motion:    [ ] Granted    [ ] Denied    [ ] Dismissed    [ ] Awarded by default
[ ]   Judgment to enter for:                [ ] Plaintiff  [ ] Defendant [ ] Applicant   [ ] Respondent
                                            [ ] In the amount of    $ _____

[x]   Matter taken under advisement
[ ]   Oral findings and conclusions made of record
[ ]   Formal order or judgment to enter
[x]   Continued to    June 13, 2008, in Courtroom C at 4:00 p.m. for an Oral Ruling *

\* The court shall call the Alleged Debtor and counsel for Alleged Debtor and the Petitioning Creditors at the telephone numbers provided by them from today's hearing.

[X]   The Withdrawal of Joinder of K. Glen Simon as Additional Creditor In Petition is GRANTED without prejudice to the debtor for relief sought against the Petitioning Creditors under § 303(i) if the court dismisses the Involuntary Petition

[X]   The Motion for a Protective Order Regarding Debtor's First Discovery Request to K. Glen Simon and Request for Allowance of Withdrawal filed June 5, 2008 is effectively MOOTED.

[X]   The Alleged Debtor's Objection to Joinder of Additional Creditors Den-Col Supply and Al's Carefree Trucking filed June 10, 2008 is DENIED.

[X]   The Petitioning Creditors Motion In Limine filed June 11, 2008, is GRANTED.

Date: **June 11, 2008**                                            FOR THE COURT:
                                                                    Bradford L. Bolton, Clerk

IT IS SO ORDERED                                                    By: _____
*[signature]*
Judge A. Bruce Campbell

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable A. Bruce Campbell

In re: )
BAAB Steel, Inc. )         CASE NO. 08-12067 ABC
)         CHAPTER 7
)
Alleged Debtor )

## WITNESS LIST

1. Victoria Evans

2. DeWayne Deck

3. Kerri Caro

THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )  Case No: 08-12067 ABC
BAAB Steel, Inc. )  Chapter 7
)
)
)
Alleged Debtor, )
)

## PETITIONING CREDITORS' EXHIBIT LIST

| Exhibit | Description | Stipulation | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 1 | Consulting Agreement (Alice Garnhardt) | | | | |
| 2 | Invoice issued by Dana Franzen | | | | |
| 3 | Invoices isseud by Pacific Coast Steel | | | | |
| 4 | E-mail Exchange between Pacific Coast Steel and Rob Niernyck | | | | |
| 5 | Change Orders and Other Contracts (to be produced by Pacific Coast Steel) | | | | |
| 6 | Credit Application (R&S Steel) | | | | |
| 7 | Invoices issued by R&S Steel | | Yes | NO | Objection sustained |
| 8 | Initial Receiver Report | | | | |
| 9 | Second Report of Receiver | | | | |

| Exhibit | Description | Stipulation | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 10 | Third Report of Receiver | | | | |
| 11 | Fourth Report of Receiver | | | | |
| 12 | Receiver's Fifth Report dated 8/17/08 | | | | |
| 13 | Receiver's Sixth and Final Report dated 12/21/07 | | | | |
| 14 | Brian Campbell's Expert Report | . | | | |
| 15 | BAAB Steel Inc. A/P Aging Summary | | | | |
| 16 | **Invoices issued by Den-Col Supply** | | | | |

**ATTACHMENT 1**
UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: BAAB STEEL, INC., Debtor
Chapter 7, Case Number 08-12067 ABC

EXHIBITS FOR JUNE 11, 2008 HEARING

Submitted by: DEN-COL SUPPLY CO. and AL'S CAREFREE TRUCKING, INC.

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 100 | Unpaid invoices of Den-Col Supply Co. (PC1-31) | Yes | Yes | No objection |
| 101 | Unpaid invoices of Al's Carefree Trucking, Inc. (PC32-44) | Yes | Yes | Objection over-ruled |
|  | Any exhibit designated by any other party |  |  |  |
|  | Any exhibit necessary for impeachment or rebuttal |  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE: BAAB Steel, Inc.
CASE NO. 08-12067-ABC

BAAB STEEL, INC.'S EXHIBITS FOR HEARING

| Exhibit | Date | Description | Offer | Admit | Comments |
|---|---|---|---|---|---|
| A | 4/6/2005 | findings of fact | | | |
| B | 8/30/2005 | transcript of hearing | | | |
| C | 10/26/2005 | Letter regarding shutdown of operations | | | |
| D | 10/26/2005 | Letter re BAAB Steel current condition | | | |
| E | 10/31/2005 | first receivers report | | | |
| F | 12/13/2005 | Second receivers report | | | |
| G | 4/13/2006 | third receivers report | | | |
| H | 5/7/2006 | Email Re: R&S steel's attempt to collect from receiver | | | |
| I | 12/15/2006 | Minute order | | | |
| J | 1/23/2007 | findings re foreclosure | | | |
| K | 4/10/2007 | R&S Steel Payments | YES | YES | No objections |
| L | 7/13/2007 | Notice of trial | | | |
| M | 8/10/2007 | E-mail chain between the receiver and Stoorman | | | |
| N | 8/17/2007 | fifth receivership | | | |
| O | 8/21/2007 | motion for stay by Stoorman | | | |
| P | 9/7/2007 | order on motion for stay | | | |
| Q | 10/26/2007 | memorandum in support of motion for stay | | | |
| R | 12/28/2007 | Motion for Approval of Sixth Report | | | |
| S | 12/28/2007 | sixth receivers report | | | |
| T | 1/7/2008 | order denying motion to reconsolidate | | | |
| W | 1/10/2008 | Motion for Stay | | | |
| X | 1/25/2008 | Order regarding receiver | | | |

| | | | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| Y | 2/11/2008 | Order Denying Motion for Stay | | | |
| Z | 2/22/2008 | Jessop & Co Receipt of payment from Arnold Simon | | | |
| AA | 2/22/2008 | Involuntary Petition | | | |
| BB | 2/22/2008 | advice of bankruptcy | | | |
| CC | 3/17/2008 | Jessop & Co fee agreement with Arnold Simon | | | |
| DD | 4/23/2008 | Petitioning Creditors Responses | | | |
| EE | 4/28/2008 | Petitioning Creditors Supplemental Responses | | | |
| FF | 5/2/2008 | Telephone Call Transcript with JS notes | | | |
| GG | 5/2/2008 | Simon phone call tape transcription | | | |
| HH | 5/15/2008 | privilege log | | | |
| II | 5/15/2008 | supplemental discovery response | YES | YES | |
| JJ | 5/16/2008 | Stoorman privilege log | | | |
| KK | 5/30/2008 | Silvia, Todd Deposition Excerpts | | | |
| LL | 6/2/2008 | Franzen, Dana Deposition Excerpts | | | |
| MM | 6/4/2008 | R&S Steel Deposition Excerpts | | | |
| Demo A | | Timeline for Involuntary Petition | | | |
| Demo B | | Timeline Following Stay by Court of Appeals | | | |
| Demo C | | Timeline Events Relating to Receivership | | | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
BAAB Steel, Inc. ) CASE NO. 08-12067-ABC
a Colorado Corporation )
) CHAPTER: 7
Alleged Debtor. )

## SUPPLEMENTAL EXHIBIT LIST OF BAAB STEEL, INC.

The Alleged Debtor, BAAB Steel, Inc., through its counsel, Appel & Lucas, P.C., hereby designates the following supplemental exhibits for the trial currently scheduled for Wednesday, June 11, 2008 at 10:30am in Courtroom C before the Honorable A. Bruce Campbell:

| Exhibit | Date | Description | Offer | Admit | Comments |
|---|---|---|---|---|---|
| NN | | Creditors Supplemental Privilege Log | | | |
| OO | 1/9/2006 | BAAB Memo regarding FCI | | | |
| PP | 1/18/2006 | BAAB Memo regarding FCI | | | |
| QQ | 2/25/2008 | Transcript of Hearing | | | |
| RR | 5/2/2008 | Letter from Levinson to Jessop | | | |
| SS | 6/2/2008 | Alice Garnhardt Deposition excerpts | | | |
| TT | 6/9/2008 | Creditor's Amended Responses | | | |
| XX | | Portion of Evans' File | YES | YES | No objection |
| VV | | Copy of Fax Copy Sheet | YES | YES | Objection overruled |
| WW | | Notes from Evan's File | YES | YES | |
| YY | | Involuntary Petition | | | |

1